IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STACY LEE ARELLANO and DUSTIN S. PETERSON, Individually and on behalf of all those similarly situated,

    Plaintiffs,

  v.

T-MOBILE USA, INC. and HTC AMERICA, INC.

    Defendants.

No. C 10-05663 WHA

**ORDER DENYING STIPULATED REQUEST TO DEFER INITIAL DISCLOSURES**

On March 4, the parties filed a stipulated request to defer the deadline for making initial disclosures. Specifically, "the parties jointly request that the Court vacate the current deadline and any obligations of the parties to provide initial disclosures and defer such obligation until a date to be set by the Court, if necessary, after decision of the pending Motion to Vacate Clerk's Default and Motion to Compel Arbitration and Stay Claims" (Dkt. No. 49 at 2–3). Good cause not having been shown, the request is **DENIED**. Litigation must proceed in a timely manner despite the uncertainties that inevitably are manifested along the way.

**IT IS SO ORDERED.**

Dated: March 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE