**THE COREA FIRM, P.L.L.C.**
Thomas M. Corea, Esq.
Texas State Bar No. 24037906
*Admitted Pro Hac Vice*
Jon Godoy, Esq.
Texas State Bar No. 24055558
*Pro Hac Vice* Admission Pending
1201 Elm Street
Forty First Floor
Dallas, Texas 75270
Telephone:   (214) 953-3900
Facsimile:   (214) 953-3901

**OTSTOTT & JAMISON, P.C.**
George A. Otstott, Esq.
Texas Bar No. 15342000
*Pro Hac Vice* Admission Pending
Ann Jamison, Esq.
Texas Bar No. 00798278
*Pro Hac Vice* Admission Pending
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone:   (214) 522-9999
Facsimile:   (214) 828-4388

**BRYDON, HUGO & PARKER**
George Avery Otstott, Esq.
California Bar No. 184671
135 Main Street, 20th Floor,
San Francisco, California 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMELIA YANCEY, *Individually and On Behalf Of All Those Similarly Situated,*<br><br>                                   *Plaintiffs,*<br>v.<br><br>T-MOBILE USA, INC., HTC AMERICA, INC., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                                   *Defendants.* | Case No. 4:10-cv-05663-DMR<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Fed. R. Civ. P. 15<br><br>Date: July 7, 2011<br>Time: 8:00 a.m.<br>Judge: Hon. William Alsup<br>Courtroom: No. 9, 19th Floor |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

Notice of Motion and Motion for Leave to File Second Amended Complaint –
Case No. 3:10-cv-05663-WHA Page 1

PLEASE TAKE NOTICE that the Plaintiff will and hereby does move this Court on July 7, 2011, at 8:00 a.m. in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable William Alsup, for an order granting leave to file a Second Amended Complaint.

Plaintiff seeks leave to file a Second Amended Complaint, a proposed version of which is submitted with this motion, which (a) removes Stacey Lee Arellano as a plaintiff and adds Carmelia Yancey as a plaintiff, (b) adds an additional party as a defendant, and (c) adds one additional claim for relief.

Carmelia Yancey purchased a "Samsung Galaxy S 4G" Smart Phone, entered into a service agreement for "4G" services with Defendant, T-Mobile USA, Inc., and opted out of the of the arbitration agreement contained with the Terms & Conditions in a timely manner. Therefore, Yancey is not bound by the arbitration agreement and is free to pursue her claims here. The "Samsung Galaxy S 4G" purchased by Yancey was manufactured by Samsung Electronics America, Inc., and, therefore, Yancey requests to add Samsung Electronics America, Inc. as a party alleging claims against Samsung Electronics America, Inc. very similar to the claims currently alleged against Defendant, HTC America, Inc. in this lawsuit. Finally, Plaintiff's Second Amended Complaint adds a claim for civil conspiracy against T-Mobile USA, Inc., HTC America, Inc., and Samsung Electronics America, Inc. based on the same facts and circumstances described in Plaintiff's First Amended Complaint.

The Court's Case Management Order dated March 24, 2011, requires all requests for leave to add new parties and seek pleading amendments must be sought by May 31, 2011; therefore, this Motion is timely. Moreover, Rule 15 of the Federal Rules of Civil Procedure states that when a party seeks leave of the court to amend its pleadings, "[t]he court should freely give leave when justice so requires." "This policy is 'to be applied with extreme liberality.' " *Eminence Capital, LLC v.*

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

Notice of Motion and Motion for Leave to File Second Amended Complaint –
Case No. 3:10-cv-05663-WHA Page 2

*Aspeon, Inc..,* 316 F.3d 1048, 1051 (9th Cir.2003) (quoting *Owens v. Kaiser Found. Health Plan, Inc.,* 244 F.3d 708, 712 (9th Cir.2001)). Moreover, "[t]his liberality in granting leave to amend is not dependent on whether the amendment will add causes of action or parties." *See DCD Programs, Ltd. v. Leighton,* 833 F.2d 183, 186 (9th Cir.1987).

For the reasons stated herein, Plaintiff requests leave to file her Second Amended Complaint. A proposed form or order granting this motion is submitted herewith, pursuant to Civil Local Rule 7.2(c).

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

Notice of Motion and Motion for Leave to File Second Amended Complaint –
Case No. 3:10-cv-05663-WHA Page 3

Respectfully submitted this 31st day of July, 2011,

**THE COREA FIRM, P.L.L.C.**

  /s/ Thomas M. Corea
**THE COREA FIRM, P.L.L.C.**
Thomas M. Corea, Esq.
Texas State Bar No. 24037906
*Admitted Pro Hac Vice*
Jon Godoy
Texas State Bar No. 24055558
*Pro Hac Vice* Admission Pending
1201 Elm Street
Forty First Floor
Dallas, Texas 75270
Telephone:  (214) 953-3900
Facsimile:  (214) 953-3901

**BRYDON, HUGO & PARKER**
George Avery Otstott, Esq.
California Bar No. 184671
135 Main Street, 20th Floor,
San Francisco, California 94105
Telephone:  (415) 808-0300
Facsimile: (415) 808-0333

**OTSTOTT & JAMISON, P.C.**
George A. Otstott, Esq.
Texas Bar No. 15342000
Ann Jamison, Esq.
Texas Bar No. 00798278
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone:  (214) 522-9999
Facsimile:  (214) 828-4388

**ATTORNEYS FOR PLAINTIFF**

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

Notice of Motion and Motion for Leave to File Second Amended Complaint –
Case No. 3:10-cv-05663-WHA Page 4