1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   STACIE LEE ARELLANO, individually
     and on behalf of all those similarly situated,

11                                                      No. C 10-05663 WHA

12            Plaintiff,

13     v.
                                                       **ORDER ADVANCING CASE**
14    T-MOBILE USA, INC., and HTC                      **MANAGEMENT CONFERENCE**
     AMERICA, INC.,

15            Defendants.

16   _____/

17         The further case management conference is **ADVANCED** to **MARCH 29, 2012, AT**

18   **11:00 A.M.,** to show cause why the arbitration has not taken place.  A joint case management

19   statement is due by noon on March 22.

20

21         **IT IS SO ORDERED.**

22

23   Dated:  March 14, 2012.                           _____
                                                        WILLIAM ALSUP
24                                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

United States District Court
For the Northern District of California