IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY ARELLANO, individually and on behalf of all those similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC. and HTC AMERICA, INC.,<br><br>            Defendants.<br>———————————————————— / | No. C 10-05663 WHA<br><br>**ORDER STRIKING SECOND AMENDED COMPLAINT** |

In this proposed class action dispute, plaintiff has filed a second amended complaint without receiving permission from the Court to do so. Plaintiff has no right as a matter of course to file a *second* amended complaint under Rule 15. Therefore, the second amended complaint shall be stricken.

**IT IS SO ORDERED.**

Dated:  March 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE