IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STACY LEE ARELLANO,<br><br>   Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC., and HTC AMERICA, INC.,<br><br>   Defendants.<br>                                                              / | No. C 10-05663 WHA<br><br>**JUDGMENT** |

   For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

   **IT IS SO ORDERED.**

Dated: September 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE